No. 73–669.   ADMIRAL-MERCHANTS MOTOR FREIGHT, INC., ET AL. v. ALUMINUM COMPANY OF AMERICA.   C. A. 7th Cir.   Certiorari denied.

No. 73–670.   TRIAX CO. v. HARTMAN METAL FABRICATORS, INC.   C. A. 2d Cir.   Certiorari denied.

No. 73–674.   SAFE FLIGHT INSTRUMENT CORP. v. MCDONNELL DOUGLAS CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 73–680.   SECHLER v. TRANS WORLD AIRLINES, INC. Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 73–684.   GANEM v. GANEM DE ISSA ET AL.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 73–692.   MARTIN v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 73–713.   CONTINENTAL CAN CO., INC. v. L. L. BREWTON LUMBER CO., INC.   C. A. 5th Cir.   Certiorari denied.

No. 73–5198.   CARLSEN v. UTAH.   Sup. Ct. Utah. Certiorari denied.

No. 73–5228.   SMITH v. MISSISSIPPI.   C. A. 5th Cir. Certiorari denied.

No. 73–5305.   OLDS v. NEIL, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 73–5313.   MURPHY v. CARDWELL, WARDEN.   C. A. 6th Cir.   Certiorari denied.